```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  HUMBERTO RAMIREZ-ESTALA
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-cr-0429 MCE |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| HUMBERTO RAMIREZ-ESTALA, | ) | Date: December 12, 2006 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney and HUMBERTO RAMIREZ-ESTALA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 7, 2006 be vacated and rescheduled for status conference on December 12, 2006 at 8:30 a.m.

This continuance is being requested because defense counsel needs to schedule an appointment with his client and an interpreter to review the discovery received to date and for on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from November 7, 2006, through and including December 12, 2006, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 6, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
HUMBERTO RAMIREZ-ESTALA

Dated: November 6, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
HEIKO COPPOLA
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: November 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2