DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO RAMIREZ-ESTALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>HUMBERTO RAMIREZ-ESTALA,<br><br>                    Defendant.<br>_____ | )   NO. 2:06-cr-0429-MCE<br>)<br>)   STIPULATION AND ORDER CONTINUING<br>)   STATUS CONFERENCE<br>)<br>)<br>)   Date:  January 16, 2007<br>)   Time:  8:30 a.m.<br>)   Judge: Morrison C. England, Jr.<br>)<br>) |

It is hereby stipulated and agreed to between the United States of
America through Heiko Coppola, Assistant United States Attorney, and
HUMBERTO RAMIREZ-ESTALA, by and through his counsel, Matthew C.
Bockmon, Assistant Federal Defender, that the status conference
presently scheduled for January 2, 2007 be vacated and rescheduled for
status conference on January 16, 2007, at 8:30 a.m.

This continuance is being requested because defense counsel needs
to schedule an appointment with his client and an interpreter to review
the discovery received to date and for on-going defense investigation
and preparation.

1       IT IS FURTHER STIPULATED that the period from January 2, 2007,

2   through and including January 16, 2007, be excluded in computing the

3   time within which trial must commence under the Speedy Trial Act,

4   pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for

5   continuity and preparation of counsel.

6   Dated: January 3, 2007

                          Respectfully submitted,

7

                          DANIEL J. BRODERICK

8                             Federal Defender

9                             /s/ Matthew C. Bockmon

                          _____

10                            MATTHEW C. BOCKMON

                          Assistant Federal Defender

11                            Attorney for Defendant

                          HUMBERTO RAMIREZ-ESTALA

12

13

14  Dated: January 3, 2007

15                            MCGREGOR W. SCOTT

                          United States Attorney

16                            /s/ Matthew C. Bockmon for

                          _____

17                            HEIKO COPPOLA

                          Assistant U.S. Attorney

18                            per telephonic authority

19

20

21                      **O R D E R**

22  IT IS SO ORDERED.

23  DATED: January 3, 2007

24

25

                        _____

26                          MORRISON C. ENGLAND, JR

                        UNITED STATES DISTRICT JUDGE

27

28