```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO RAMIREZ-ESTALA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:06-cr-429-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| HUMBERTO RAMIREZ-ESTALA, | Date: February 13, 2007 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney, and HUMBERTO RAMIREZ-ESTALA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for January 16, 2007 be vacated and rescheduled for status conference on February 13, 2007, at 8:30 a.m.

This continuance is being requested because defense counsel needs additional time to review the discovery received to date with his client and for on-going defense investigation, preparation and plea negotiation.

1    IT IS FURTHER STIPULATED that the period from January 16, 2007,
2 through and including February 13, 2007, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

Dated: January 12, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
HUMBERTO RAMIREZ-ESTALA

Dated: January 12, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
HEIKO COPPOLA
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.

DATED: January 16, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2