1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  HUMBERTO RAMIREZ-ESTALA

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )  NO. 2:06-cr-0429-MCE
                                   )
12              Plaintiff,         )  STIPULATION AND ORDER CONTINUING
                                   )  STATUS CONFERENCE
13      v.                         )
                                   )
14 HUMBERTO RAMIREZ-ESTALA,        )  Date:  March 13, 2007
                                   )  Time:  8:30 a.m.
15              Defendant.         )  Judge: Morrison C. England, Jr.
                                   )
16 _____ )

17

18      It is hereby stipulated and agreed to between the United States of

19 America through Heiko Coppola, Assistant United States Attorney, and

20 HUMBERTO RAMIREZ-ESTALA, by and through his counsel, Matthew C.

21 Bockmon, Assistant Federal Defender, that the status conference

22 presently scheduled for February 27, 2007 be vacated and rescheduled

23 for status conference on March 13, 2007, at 8:30 a.m.

24      This continuance is being requested because defense counsel needs

25 additional time to review the discovery received to date with his

26 client and for on-going defense investigation, preparation and plea

27 negotiation.

28 ///

1   IT IS FURTHER STIPULATED that the period from February 27, 2007,
2 through and including March 13, 2007, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.
6 Dated: February 23, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
HUMBERTO RAMIREZ-ESTALA

Dated: February 23, 2007

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
HEIKO COPPOLA
Assistant U.S. Attorney
per telephonic authority

**O R D E R**

IT IS SO ORDERED.
 Dated: February 27, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2