DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO RAMIREZ-ESTALA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:06-cr-0429-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CHANGE OF PLEA HEARING |
| v. | |
| HUMBERTO RAMIREZ-ESTALA, | Date: March 27, 2007<br>Time: 8:30 a.m. |
| Defendant. | Judge: Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through Heiko Coppola, Assistant United States Attorney, and HUMBERTO RAMIREZ-ESTALA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the change of plea hearing scheduled for March 20, 2007 be vacated and rescheduled for a change of plea hearing on March 27, 2007, at 8:30 a.m.

This continuance is being requested because defense counsel needs additional time to consult with and review the plea agreement with his client, who speaks only Spanish and requires an interpreter.

///

1     IT IS FURTHER STIPULATED that the period from March 20, 2007,
2 through and including March 27, 2007, be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant
4 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
5 preparation of counsel.

Dated: March 19, 2007

                          Respectfully submitted,

                          DANIEL J. BRODERICK
                          Federal Defender

                          /s/ Matthew C. Bockmon
                          _____
                          MATTHEW C. BOCKMON
                          Assistant Federal Defender
                          Attorney for Defendant
                          HUMBERTO RAMIREZ-ESTALA

Dated: March 19, 2007

                          MCGREGOR W. SCOTT
                          United States Attorney

                          /s/ Matthew C. Bockmon for
                          _____
                          HEIKO COPPOLA
                          Assistant U.S. Attorney
                          per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: March 22, 2007

                          _____
                          MORRISON C. ENGLAND, JR.
                          UNITED STATES DISTRICT JUDGE